UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL BLANKENSHIP                                    CIVIL ACTION

VERSUS

WYNNE LIU, ET AL.                                    NO. 24-00876-BAJ-EWD

RULING AND ORDER

On December 23, 2024, the Magistrate Judge issued a **Report And Recommendation (Doc. 11, the "Report")** recommending that the above-captioned action be remanded to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana based on lack of subject matter jurisdiction regarding both the citizenship of the parties and the amount in controversy. On November 22, 2024, Plaintiff Michael Blankenship timely filed a Motion to Remand. (Doc. 7). On December 3, 2024, removing Defendants Wynne Liu and Formosa Plastics Corporation U.S.A. filed a Notice of Non-Opposition to Plaintiff's Motion to Remand (Doc. 9). There are no objections to the R&R.

Having carefully considered Defendants' Notice of Removal (Doc. 1), Plaintiff's unopposed Motion to Remand (Doc. 7), and Defendants' Notice of Non-Opposition to Plaintiff's Motion to Remand (Doc. 9), the Court **APPROVES** the Magistrate Judge's Report And Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby

19th JDC

immediately **REMANDED** to the Nineteenth Judicial District Court for the Parish of

East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this 4th day of June, 2025

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

2